ELECTRONICALLY FILED
10/1/2021 2:05 PM
57-CV-2021-900182.00
CIRCUIT COURT OF
RUSSELL COUNTY, ALABAMA
JODY SELLERS, CLERK

## IN THE CIRCUIT COURT OF RUSSELL COUNTY, ALABAMA

| | |
|---|---|
| SHENORYA WOMACK, | |
| Plaintiff, | Case No.: CV - 2021 - _____ |
| v. | JURY TRIAL DEMANDED |
| DOLGENCORP, LLC and Fictitious Defendants "A," "B," and "C," whether singular or plural, those other persons, corporations, firms or other entities whose wrongful conduct caused or contributed to cause the injuries and damages to Plaintiff, all of whose true and correct names are unknown to Plaintiff at this time, but will be added by amendment when ascertained, | |
| Defendant. | |

### COMPLAINT

This is an action by Plaintiff, Shenorya Womack, (herein after referred to as "Plaintiff") against Defendant, Dolgencorp, LLC, (herein after referred to as "Defendant") for personal injuries and damages sustained by the Plaintiff as the result of a defective condition on or about October 13, 2019.

### PARTIES, JURISDICTION, VENUE

1.  The Plaintiff was a resident and citizen of Russell County, Alabama at all times material to the issues in this case.

2. Defendant is a corporation that is registered to do business in the state of Alabama at all times material to the issues in this case. Defendant may be served through its registered agent at 100 Mission Ridge, Goodlettsville, TN 37072.

1

3. Fictitious Defendants "A", "B" and "C" are other persons and/or entities whose wrongful conduct may have caused and/or contributed to the incident that forms the basis of this Complaint but are unknown to Plaintiff at this time.

4. The incident giving rise to this complaint occurred in Russell County, Alabama.

5. Venue in Russell County, Alabama is proper.

## APPLICABLE FACTS

6. On or about October 13, 2019, Plaintiff was at the Defendant's location in Hurtsboro, Alabama.

7. At said time and place, Plaintiff was an invitee was upon the premises of the Defendant in Russell County Alabama, when Plaintiff slipped on a spilled substance and was injured.

## COUNT ONE - NEGLIGENCE

8. Plaintiff re-alleges and incorporates the preceding paragraphs herein as if they were fully and completely set forth herein.

9. At said time and place, Plaintiff fell when Defendant maintained a dangerous condition with actual or constructive knowledge that Defendant's aisle was dangerously maintained and Defendant allowed said condition to be present without warning to the Plaintiff of the presence of danger.

10. In causing said known dangerous condition to persist on that certain premises described hereinabove, Defendant:

    (a) Negligently failed to exercise ordinary care.

    (b) Negligently failed to cure a known danger.

    (c) Negligently failed to warn Plaintiff of said known danger.

(d)  Otherwise acted in negligent disregard of the rights and safety of the Plaintiff and other business invitees.

11. The Plaintiff avers that the acts and conduct of the Defendant constitutes common law negligence.

12. As the proximate consequence of said negligence, Plaintiff was caused to suffer personal injuries, pain, suffering and other damages.

WHEREFORE, Plaintiff demands judgment against the Defendant Dolgencorp, LLC for all damages, court costs and attorney's fees to which Plaintiff is entitled and for all compensatory damages that it will take to make the Plaintiff fully whole; furthermore, Plaintiff demands any further damages in such an amount as this Court may determine.

## COUNT TWO - WANTONESS

13. Plaintiff re-alleges and incorporates the preceding paragraphs herein as if they were fully and completely set forth herein.

14. At said time and place, Defendant acted in such a wanton manner in creating and maintaining a known dangerous condition and failing to cure or warn invitee of said dangerous condition, so as to

(a) cause injury to Plaintiff due to the dangerous condition, and

(b) cause Plaintiff to undergo doctors appointments and physical therapy appointments, and

(c) cause the Plaintiff to suffer and sustain the injuries and damages.

15. In causing said known dangerous condition to persist on that certain premises described hereinabove, Defendant:

(a)  Wantonly failed to exercise ordinary care.

(b) Wantonly failed to cure a known defect.

(c) Wantonly failed to warn Plaintiff of said known defect.

(d) Otherwise acted in wanton disregard of the rights and safety of the Plaintiff and others business invitees.

16. The Plaintiff avers that the acts and conduct of the Defendant constitutes wantonness.

17. As the proximate consequence of said negligence, Plaintiff was caused to suffer personal injuries, pain, suffering and other damages.

WHEREFORE, Plaintiff demands judgment against the Defendant Dolgencorp, LLC for all damages, court costs and attorney's fees to which Plaintiff is entitled and for all compensatory damages that it will take to make the Plaintiff fully whole; furthermore, Plaintiff demands any further damages in such an amount as this Court may determine.

## COUNT THREE – FICTITIOUS DEFENDANTS

18. Plaintiff re-alleges and incorporates the preceding paragraphs herein as if they were fully and completely set forth herein.

19. Fictitious Defendant "A", "B", and "C", whether singular or plural, are those other persons, firms, corporations, or other entities whose negligent, wanton, reckless and wrongful conduct contributed to the injuries sustained by the Plaintiff, said Fictitious Defendant names are unknown to Plaintiff at this time, but will be promptly substituted by amendment when ascertained.

WHEREFORE, Plaintiff demands judgment against Fictitious Defendants "A", "B", and "C", both jointly and severally, for all compensatory damages, court costs and attorney's fees to which Plaintiff is entitled. Furthermore, Plaintiff demands punitive damages in such an amount as this Court may determine.

**JURY DEMANDED AS TO ALL COUNTS OF THE COMPLAINT**

This October 1, 2021.

Respectfully submitted,

*/s/ Ayrn M. Sedore*
AYRN M. SEDORE (SED-004)
ATTORNEY FOR PLAINTIFF

OF COUNSEL:
SLOCUMB LAW FIRM, LLC
61 St. Joseph Street
Suite 902
Mobile, Alabama 36602
Tel. No. (251) 230-7595
Fax No. (334) 521-8036

**(the rest of this page left blank intentionally)**

## REQUEST FOR SERVICE OF PROCESS

The Plaintiff hereby requests that the Summons and Complaint in this case be served on the following Defendant by Certified Mail at their mailing address as follows:

Dolgencorp, LLC
100 Mission Ridge
Goodlettsville, TN 37072

/s/ *Ayrn Sedore*
AYRN SEDORE
OF COUNSEL

**(the rest of this page left blank intentionally)**