IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SHENORYA WOMACK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: |
| ) | |
| DOLGENCORP, LLC, et al., ) | 3:21-cv-755 |
| ) | |
| Defendants. ) | |

## NOTICE OF REMOVAL

# EXHIBIT A

# ALABAMA SJIS CASE DETAIL

**PREPARED FOR**


alacourt.com

County: **57**     Case Number: **CV-2021-900182.00**     Court Action:
Style: **SHENORYA WOMACK V. DOLGENCORP LLC**

## Case

### Case Information

| | | |
|---|---|---|
| County: **57-RUSSELL** | Case Number: **CV-2021-900182.00** | Judge: **ADJ:A DAVID** |
| Style: **SHENORYA WOMACK V. DOLGENCORP LLC** | | |
| Filed: **10/01/2021** | Case Status: **ACTIVE** | Case Type: **NEGLIGENCE** |
| Trial Type: **JURY** | Track: | Appellate Case: **0** |
| No of Plaintiffs: **1** | No of Defendants: **1** | |

### Damages

| | | |
|---|---|---|
| Damage Amt: **0.00** | Punitive Damages: **0.00** | General Damages: **0.00** |
| No Damages: | Compensatory Damages: **0.00** | |
| Pay To: | Payment Frequency: | Cost Paid By: |

### Court Action

| | | |
|---|---|---|
| Court Action Code: | Court Action Desc: | Court Action Date: |
| Num of Trial days: **0** | Num of Liens: **0** | Judgment For: |
| Dispositon Date of Appeal: | Disposition Judge: : | Disposition Type: |
| Revised Judgement Date: | Minstral: | Appeal Date: |
| Date Trial Began but No Verdict (TBNV1): | | |
| Date Trial Began but No Verdict (TBNV2): | | |

### Comments

Comment 1:
Comment 2:

### Appeal Information

| | | |
|---|---|---|
| Appeal Date: | Appeal Case Number: | Appeal Court: |
| Appeal Status: | Orgin Of Appeal: | |
| Appeal To: | Appeal To Desc: | LowerCourt Appeal Date: |
| Disposition Date Of Appeal: | Disposition Type Of Appeal: | |

### Administrative Information

| | | |
|---|---|---|
| Transfer to Admin Doc Date: | Transfer Reason: | Transfer Desc: |
| Number of Subponeas: | Last Update: **10/04/2021** | Updated By: **JBS** |

## Parties

### Party 1 - Plaintiff INDIVIDUAL - WOMACK SHENORYA

#### Party Information

| | | |
|---|---|---|
| Party: **C001-Plaintiff** | Name: **WOMACK SHENORYA** | Type: |
| Index: **D DOLGENCORP L** | Alt Name: | Hardship: **No**   JID: |
| Address 1: **47 PROVIDENCE ROAD** | | Phone: **(334) 000-0000** |

| | | | | | | |
|---|---|---|---|---|---|---|
| Address 2: | | | | | | |
| City: | PITTSVIEW | State: | AL | Zip: | 36871-0000 | Country: |
| SSN: | XXX-XX-X999 | DOB: | | Sex: | F | Race: |

## Court Action

| | | | |
|---|---|---|---|
| Court Action: | | | Court Action Date: |
| Amount of Judgement: | $0.00 | Court Action For: | Exemptions: |
| Cost Against Party: | $0.00 | Other Cost: $0.00 | Date Satisfied: |
| Comment: | | | Arrest Date: |
| Warrant Action Date: | | Warrant Action Status: | Status Description: |

## Service Information

| | | | | | |
|---|---|---|---|---|---|
| Issued: | | Issued Type: | Reissue: | | Reissue Type: |
| Return: | | Return Type: | Return: | | Return Type: |
| Served: | | Service Type | Service On: | | Served By: |
| Answer: | | Answer Type: | Notice of No Service: | | Notice of No Answer: |

## Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email |
|---|---|---|---|---|
| Attorney 1 | SED004 | | SEDORE AYRN | ASEDORE@SLOCUMBLAW.COM |

## Party 2 - Defendant BUSINESS - DOLGENCORP LLC

### Party Information

| | | | | | | |
|---|---|---|---|---|---|---|
| Party: | D001-Defendant | Name: | DOLGENCORP LLC | | | Type: |
| Index: | C WOMACK SHENO | Alt Name: | | Hardship: | No | JID: |
| Address 1: | 100 MISSION RIDGE | | | Phone: | (334) 000-0000 | |
| Address 2: | | | | | | |
| City: | GOODLETTSVILLE | State: | TN | Zip: | 37072-0000 | Country: |
| SSN: | XXX-XX-X999 | DOB: | | Sex: | | Race: |

### Court Action

| | | | |
|---|---|---|---|
| Court Action: | | | Court Action Date: |
| Amount of Judgement: | $0.00 | Court Action For: | Exemptions: |
| Cost Against Party: | $0.00 | Other Cost: $0.00 | Date Satisfied: |
| Comment: | | | Arrest Date: |
| Warrant Action Date: | | Warrant Action Status: | Status Description: |

### Service Information

| | | | | | |
|---|---|---|---|---|---|
| Issued: | 10/01/2021 | Issued Type: | C-CERTIFIED MAIL | Reissue: | Reissue Type: |
| Return: | | Return Type: | | Return: | Return Type: |
| Served: | 10/11/2021 | Service Type | A-AUTHORIZED SERVICE | Service On: | Served By: |
| Answer: | | Answer Type: | | Notice of No Service: | Notice of No Answer: |

## Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email |
|---|---|---|---|---|
| Attorney 1 | 000000 | | PRO SE | |

## Financial

### Fee Sheet

| Fee Status | Admin Fee | Fee Code | Payor | Payee | Amount Due | Amount Paid | Balance | Amount Hold |
|---|---|---|---|---|---|---|---|---|
| ACTIVE | N | AOCC | C001 | 000 | $8.76 | $8.76 | $0.00 | $0.00 |
| ACTIVE | N | CONV | C001 | 000 | $19.51 | $19.51 | $0.00 | $0.00 |
| ACTIVE | N | CV05 | C001 | 000 | $334.00 | $334.00 | $0.00 | $0.00 |
| ACTIVE | N | JDMD | C001 | 000 | $100.00 | $100.00 | $0.00 | $0.00 |
| ACTIVE | N | VADM | C001 | 000 | $45.00 | $45.00 | $0.00 | $0.00 |
| | | | | Total: | $507.27 | $507.27 | $0.00 | $0.00 |

### Financial History

| Transaction Date | Description | Disbursement Account | Transaction Batch | Receipt Number | Amount | From Party | To Party | Money Type | Admin Fee | Reason |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/04/2021 | CREDIT | CONV | 2022002 | 2584990 | $19.51 | C001 | 000 | | N | |
| 10/04/2021 | RECEIPT | AOCC | 2022002 | 2584980 | $8.76 | C001 | 000 | | N | |
| 10/04/2021 | RECEIPT | CV05 | 2022002 | 2585000 | $334.00 | C001 | 000 | | N | |
| 10/04/2021 | RECEIPT | JDMD | 2022002 | 2585010 | $100.00 | C001 | 000 | | N | |
| 10/04/2021 | RECEIPT | VADM | 2022002 | 2585020 | $45.00 | C001 | 000 | | N | |

## Case Action Summary

| Date | Time | Code | Comments |
|---|---|---|---|
| 10/1/2021 | 2:05 PM | FILE | FILED THIS DATE: 10/01/2021 (AV01) |
| 10/1/2021 | 2:05 PM | EORD | E-ORDER FLAG SET TO "Y" (AV01) |
| 10/1/2021 | 2:05 PM | ASSJ | ASSIGNED TO JUDGE: A DAVID JOHNSON (AV01) |
| 10/1/2021 | 2:05 PM | SCAN | CASE SCANNED STATUS SET TO: N (AV01) |
| 10/1/2021 | 2:05 PM | TDMJ | JURY TRIAL REQUESTED (AV01) |
| 10/1/2021 | 2:05 PM | STAT | CASE ASSIGNED STATUS OF: ACTIVE (AV01) |
| 10/1/2021 | 2:05 PM | ORIG | ORIGIN: INITIAL FILING (AV01) |
| 10/1/2021 | 2:05 PM | C001 | C001 PARTY ADDED: WOMACK SHENORYA (AV02) |
| 10/1/2021 | 2:05 PM | C001 | INDIGENT FLAG SET TO: N (AV02) |
| 10/1/2021 | 2:05 PM | C001 | C001 E-ORDER FLAG SET TO "Y" (AV02) |
| 10/1/2021 | 2:05 PM | ECOMP | COMPLAINT E-FILED. |
| 10/1/2021 | 2:05 PM | C001 | LISTED AS ATTORNEY FOR C001: SEDORE AYRN (AV02) |
| 10/1/2021 | 2:05 PM | D001 | D001 PARTY ADDED: DOLGENCORP, LLC (AV02) |
| 10/1/2021 | 2:05 PM | D001 | INDIGENT FLAG SET TO: N (AV02) |
| 10/1/2021 | 2:05 PM | D001 | LISTED AS ATTORNEY FOR D001: PRO SE (AV02) |
| 10/1/2021 | 2:05 PM | D001 | CERTIFIED MAI ISSUED: 10/01/2021 TO D001 (AV02) |
| 10/1/2021 | 2:05 PM | D001 | D001 E-ORDER FLAG SET TO "Y" (AV02) |
| 10/4/2021 | 7:18 AM | STYL | SHENORYA WOMACK V. DOLGENCORP, LLC (AV01) |
| 10/4/2021 | 7:18 AM | D001 | D001 NAME CHANGED FROM: DOLGENCORP, LLC (AV02) |
| 10/20/2021 | 3:59 PM | ESCAN | SCAN - FILED 10/6/2021 - CERTIFIED MAIL |
| 11/2/2021 | 4:00 PM | D001 | SERVICE OF AUTHORIZED ON 10/11/2021 FOR D001(AV02) |
| 11/2/2021 | 4:01 PM | ESERC | SERVICE RETURN |

## Images

| Date: | Doc# | Title | Description |
|---|---|---|---|
| 10/1/2021 2:05:31 PM | 1 | CIVIL_COVER_SHEET | CIRCUIT COURT - CIVIL CASE |
| 10/1/2021 2:05:31 PM | 2 | COMPLAINT | |
| 10/1/2021 2:06:02 PM | 3 | COMPLAINT - TRANSMITTAL | E-NOTICE TRANSMITTALS |
| 10/1/2021 2:06:02 PM | 4 | COMPLAINT - SUMMONS | E-NOTICE TRANSMITTALS |
| 10/20/2021 3:59:47 PM | 5 | CERTIFIED MAIL | |
| 11/2/2021 4:01:23 PM | 6 | SERVICE RETURN | SERVICE RETURN |
| 11/2/2021 4:01:31 PM | 7 | SERVICE RETURN - TRANSMITTAL | E-NOTICE TRANSMITTALS |

 **END OF THE REPORT**

ELECTRONICALLY FILED
10/1/2021 2:05 PM
57-CV-2021-900182.00
CIRCUIT COURT OF
RUSSELL COUNTY, ALABAMA
JODY SELLERS, CLERK

## IN THE CIRCUIT COURT OF RUSSELL COUNTY, ALABAMA

| | |
|---|---|
| SHENORYA WOMACK, | |
| Plaintiff, | Case No.: CV - 2021 - _____ |
| v. | JURY TRIAL DEMANDED |
| DOLGENCORP, LLC and Fictitious Defendants "A," "B," and "C," whether singular or plural, those other persons, corporations, firms or other entities whose wrongful conduct caused or contributed to cause the injuries and damages to Plaintiff, all of whose true and correct names are unknown to Plaintiff at this time, but will be added by amendment when ascertained, | |
| Defendant. | |

## COMPLAINT

This is an action by Plaintiff, Shenorya Womack, (herein after referred to as "Plaintiff") against Defendant, Dolgencorp, LLC, (herein after referred to as "Defendant") for personal injuries and damages sustained by the Plaintiff as the result of a defective condition on or about October 13, 2019.

### PARTIES, JURISDICTION, VENUE

1. The Plaintiff was a resident and citizen of Russell County, Alabama at all times material to the issues in this case.

2. Defendant is a corporation that is registered to do business in the state of Alabama at all times material to the issues in this case. Defendant may be served through its registered agent at 100 Mission Ridge, Goodlettsville, TN 37072.

1

3. Fictitious Defendants "A", "B" and "C" are other persons and/or entities whose wrongful conduct may have caused and/or contributed to the incident that forms the basis of this Complaint but are unknown to Plaintiff at this time.

4. The incident giving rise to this complaint occurred in Russell County, Alabama.

5. Venue in Russell County, Alabama is proper.

## APPLICABLE FACTS

6. On or about October 13, 2019, Plaintiff was at the Defendant's location in Hurtsboro, Alabama.

7. At said time and place, Plaintiff was an invitee was upon the premises of the Defendant in Russell County Alabama, when Plaintiff slipped on a spilled substance and was injured.

## COUNT ONE - NEGLIGENCE

8. Plaintiff re-alleges and incorporates the preceding paragraphs herein as if they were fully and completely set forth herein.

9. At said time and place, Plaintiff fell when Defendant maintained a dangerous condition with actual or constructive knowledge that Defendant's aisle was dangerously maintained and Defendant allowed said condition to be present without warning to the Plaintiff of the presence of danger.

10. In causing said known dangerous condition to persist on that certain premises described hereinabove, Defendant:

    (a)    Negligently failed to exercise ordinary care.

    (b)    Negligently failed to cure a known danger.

    (c)    Negligently failed to warn Plaintiff of said known danger.

(d) Otherwise acted in negligent disregard of the rights and safety of the Plaintiff and other business invitees.

11. The Plaintiff avers that the acts and conduct of the Defendant constitutes common law negligence.

12. As the proximate consequence of said negligence, Plaintiff was caused to suffer personal injuries, pain, suffering and other damages.

WHEREFORE, Plaintiff demands judgment against the Defendant Dolgencorp, LLC for all damages, court costs and attorney's fees to which Plaintiff is entitled and for all compensatory damages that it will take to make the Plaintiff fully whole; furthermore, Plaintiff demands any further damages in such an amount as this Court may determine.

## COUNT TWO - WANTONESS

13. Plaintiff re-alleges and incorporates the preceding paragraphs herein as if they were fully and completely set forth herein.

14. At said time and place, Defendant acted in such a wanton manner in creating and maintaining a known dangerous condition and failing to cure or warn invitee of said dangerous condition, so as to

   (a) cause injury to Plaintiff due to the dangerous condition, and

   (b) cause Plaintiff to undergo doctors appointments and physical therapy appointments, and

   (c) cause the Plaintiff to suffer and sustain the injuries and damages.

15. In causing said known dangerous condition to persist on that certain premises described hereinabove, Defendant:

   (a) Wantonly failed to exercise ordinary care.

3

(b)  Wantonly failed to cure a known defect.

(c)  Wantonly failed to warn Plaintiff of said known defect.

(d)  Otherwise acted in wanton disregard of the rights and safety of the Plaintiff and others business invitees.

16. The Plaintiff avers that the acts and conduct of the Defendant constitutes wantonness.

17. As the proximate consequence of said negligence, Plaintiff was caused to suffer personal injuries, pain, suffering and other damages.

WHEREFORE, Plaintiff demands judgment against the Defendant Dolgencorp, LLC for all damages, court costs and attorney's fees to which Plaintiff is entitled and for all compensatory damages that it will take to make the Plaintiff fully whole; furthermore, Plaintiff demands any further damages in such an amount as this Court may determine.

## COUNT THREE – FICTITIOUS DEFENDANTS

18. Plaintiff re-alleges and incorporates the preceding paragraphs herein as if they were fully and completely set forth herein.

19. Fictitious Defendant "A", "B", and "C", whether singular or plural, are those other persons, firms, corporations, or other entities whose negligent, wanton, reckless and wrongful conduct contributed to the injuries sustained by the Plaintiff, said Fictitious Defendant names are unknown to Plaintiff at this time, but will be promptly substituted by amendment when ascertained.

WHEREFORE, Plaintiff demands judgment against Fictitious Defendants "A", "B", and "C", both jointly and severally, for all compensatory damages, court costs and attorney's fees to which Plaintiff is entitled. Furthermore, Plaintiff demands punitive damages in such an amount as this Court may determine.

**JURY DEMANDED AS TO ALL COUNTS OF THE COMPLAINT**

This October 1, 2021.

Respectfully submitted,

*/s/ Ayrn M. Sedore*
AYRN M. SEDORE (SED-004)
ATTORNEY FOR PLAINTIFF

OF COUNSEL:
SLOCUMB LAW FIRM, LLC
61 St. Joseph Street
Suite 902
Mobile, Alabama 36602
Tel. No. (251) 230-7595
Fax No. (334) 521-8036

**(the rest of this page left blank intentionally)**

DOCUMENT 2

## REQUEST FOR SERVICE OF PROCESS

The Plaintiff hereby requests that the Summons and Complaint in this case be served on the following Defendant by Certified Mail at their mailing address as follows:

Dolgencorp, LLC
100 Mission Ridge
Goodlettsville, TN 37072

/s/ *Ayrn Sedore*
AYRN SEDORE
OF COUNSEL

**(the rest of this page left blank intentionally)**

| State of Alabama<br>Unified Judicial System<br>Form C-34 Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>57-CV-2021-900182.00 |
|---|---|---|

IN THE CIRCUIT COURT OF RUSSELL COUNTY, ALABAMA
SHENORYA WOMACK V. DOLGENCORP, LLC

NOTICE TO: DOLGENCORP, LLC, 100 MISSION RIDGE, GOODLETTSVILLE,, TN 37072
_____
(Name and Address of Defendant)

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), AYRN SEDORE
_____,
[Name(s) of Attorney(s)]

WHOSE ADDRESS(ES) IS/ARE: 61 ST JOSEPH STREET SUITE 902, MOBILE, AL 36302   .
[Address(es) of Plaintiff(s) or Attorney(s)]

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of SHENORYA WOMACK pursuant to the Alabama Rules of the Civil Procedure.
[Name(s)]

10/01/2021          /s/ JODY SELLERS          By: _____
(Date)                                              (Name)

☑ Certified Mail is hereby...

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only
For delivery information, visit our website at www.usps.com.

OFFICIAL USE

Certified Mail Fee  $
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $
Postage  $
Total Postage and Fees

DOLGENCORP LLC
100 MISSION RIDGE
GOODLETTSVILLE, TN 37072

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

☐ Return receipt of certifi...
☐ I certify that I personall...
_____
(Name of P...
Alabama on _____

_____
(Type of Process Server)

Postmark Here

...ocument to _____
_____ County,
...ty)

...of Server)
_____
Number of Server)

57-CV-2021-900182.00
SHENORYA WOMACK V. DOLGENCORP, LLC

C001 - SHENORYA WOMACK          v.          D001 - DOLGENCORP, LLC
(Plaintiff)                                       (Defendant)

**SERVICE RETURN COPY**



USPS TRACKING #

9590 9402 6616 1028 7430 04

United States Postal Service

FILED IN OFFICE
2021 OCT 18 PM 1:09
CIRCUIT/DIST. COURT
RUSSELL CO., AL.

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

JODY SELLERS
CLERK OF CIRCUIT COURT
501 14TH ST
PHENIX CITY, AL 36867